

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2021

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

Appellant's motion to exceed word count and page limits is GRANTED. Appellant's brief was filed on July 16, 2021.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2021.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court